FILED
2014 AUG 12 PM 2:05

Gary A. Hecker, Esq. (Cal. Bar No. 099008)
James M. Slominski, Esq. (Cal. Bar No. 166457)
**THE HECKER LAW GROUP**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile: (310) 286-0488
Email: ghecker@hh.com;
       jslominski@hh.com

Attorneys for Plaintiff
THE RANCH STEAKHOUSE AND SALOON, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE RANCH STEAKHOUSE AND SALOON, INC., <br><br> Plaintiff, <br><br> v. <br><br> LAGUNA BEACH GOLF AND BUNGALOW VILLAGE, LLC, <br><br> Defendant. | Civil Action No. SACV14-01283 CJC (DFMx) <br><br> **COMPLAINT FOR:** <br><br> **TRADEMARK INFRINGEMENT** <br><br> **AND** <br><br> **UNFAIR COMPETITION** <br><br> **DEMAND FOR JURY TRIAL** |

Plaintiff The Ranch Steakhouse and Saloon, Inc., by and through its undersigned counsel, hereby sets forth and alleges the following Complaint against Defendant Laguna Beach Golf and Bungalow Village, as follows:

**JURISDICTION AND VENUE**

1.   This is a civil action for trademark infringement and unfair competition under 15 U.S.C. §§ 1114 and 1125 and at common law.

2.   This court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b).

3.   Venue is proper pursuant to 28 U.S.C. §§ 1391(b) and (c) in that

-1-
COMPLAINT

Defendant resides in this Judicial District and the acts alleged herein and the injuries to Plaintiff resulting therefrom occurred in this Judicial District.

## THE PARTIES

4. Plaintiff, The Ranch Steakhouse and Saloon, Inc. (hereinafter "Plaintiff"), is a California corporation in good standing with its principal place of business at located at 1025 E. Ball Rd., Anaheim, California 92805.

5. Defendant, Laguna Beach Golf and Bungalow Village LLC (hereinafter "Defendant"), is a California limited liability company that is registered and doing business in the State of California with its principle place of business located at 31106 Coast Hwy., Laguna Beach, California 92651.

## FACTUAL BACKGROUND

6. Plaintiff is the owner of "THE RANCH", which comprises a well known and critically acclaimed restaurant, entertainment venue and hospitality venue located in Orange County, California.

7. THE RANCH includes, among other things, a fine dining restaurant, elegant bar facilities, a private dining and event center, banquet and lounge facilities, a state of the art concert and entertainment venue, a state of the art teaching kitchen, and a world-class wine cellar.

8. THE RANCH has received substantial media attention and frequent favorable reviews.

9. THE RANCH was named one of the top ten new restaurants in the United States by Gayot in 2013 and received top ratings from Zagat.

10. THE RANCH has been named among the top ten restaurants in Orange County in many categories including: Top Ten Orange County Restaurants, Top Ten Orange County American Restaurants, Top Ten Orange County Wine List Restaurants, Top Ten Orange County Food Rating Restaurants, Top Ten Orange County New & Notable Restaurants; Top Ten Orange County Wine Bars Restaurants; and Top Ten Orange County Special Occasion Restaurants.

11. THE RANCH has also been featured in innumerable publications, including The Orange Country Register, Orange Coast Magazine, OC Weekly, Orange County Coast Magazine, Locale Magazine Orange County, Orange Coast Food Lovers Guide, Orange County Business Journal, OC Executive Magazine, and Orange Home Grown.

12. Plaintiff is the owner of federal trademark registration 4,219,274 for the trademark "THE RANCH" for, among other things, restaurant and bar services, entertainment services and educational services in the field of food and wine.

13. Plaintiff is also the owner of federal trademark registration 4,219,273 for "THE RANCH restaurant and saloon" for restaurant and bar services.

14. Both federal trademark registrations 4,219,274 and 4,219,273 are currently valid, in good standing and in full force and effect.

15. Plaintiff is also the owner of common law rights in and to the mark THE RANCH for, among other things, the above referenced services.

16. Plaintiff has used, and continues to use, the trademark THE RANCH in connection with the above identified services since at least as early as November 2011.

17. Plaintiff has expended substantial time, energy and expense in advertising and promoting its services under its trademark THE RANCH.

18. Subsequent to the adoption, use and registrations of the mark THE RANCH by Plaintiff, Defendant adopted and began using the identical mark THE RANCH as well as THE RANCH AT LAGUNA BEACH in connection with services identical to, and substantially identical to, Plaintiff's services offered under Plaintiff's trademark THE RANCH.

19. Defendant has been, and presently is, engaged in the business of providing, *inter alia*, restaurant services, hospitality services and entertainment services using the Plaintiff's trademark THE RANCH, and THE RANCH AT LAGUNA BEACH.

20. Like Plaintiff, Defendant offers its services under the trademark THE RANCH and THE RANCH AT LAGUNA BEACH to residents of, and visitors to, Orange County, California, among others. Defendant's facilities that offer those services are also located proximate to Plaintiff in Orange County, California.

## FIRST CLAIM FOR RELIEF
## TRADEMARK INFRINGEMENT

21. Plaintiff incorporates by reference the allegations of Paragraphs 1 through 20 as set forth herein.

22. Defendant's unauthorized use of Plaintiff's trademark THE RANCH in commerce in connection with services identical and substantially identical to those of Plaintiff is likely to cause, confusion, mistake, and to deceive, and is, therefore, an infringement of Plaintiff's exclusive trademark rights pursuant to 15 U.S.C. § 1114 and at common law.

23. Plaintiff has demanded that Defendant cease and desist its infringing activities involving its unauthorized use of Plaintiff's trademark THE RANCH, but Defendant has refused to cease such infringing activities which presently persist.

24. Defendant's actions have caused, and will continue to cause, Plaintiff to suffer irreparable harm and damages in an amount that exceeds the minimum jurisdiction of this federal court.

25. Defendant's past and continuing unauthorized use of Plaintiff's trademark THE RANCH is part of a deliberate plan to capitalize on the goodwill established by Plaintiff in THE RANCH trademark and is, therefore, willful infringement.

## SECOND CLAIM FOR RELIEF
## UNFAIR COMPETITION

26. Plaintiff incorporates by reference Paragraphs 1 through 25 as set forth herein.

27. Defendant's unauthorized use of Plaintiff's Mark in commerce in

connection with services identical and substantially identical to those of Plaintiff is likely to cause confusion among the consuming public as to the source of Defendant's services and is, therefore, deceptive and misleading in violation of 15 U.S.C § 1125(a).

28. Defendant's actions have caused, and will continue to cause, Plaintiff to suffer irreparable harm and damages in an amount that exceeds the minimum jurisdiction of this Court.

29. Defendant's past and continuing unauthorized use of Plaintiff's trademark THE RANCH is part of a deliberate plan to capitalize on the goodwill established by Plaintiff in the Mark and is, therefore, willful trademark infringement.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff requests entry of judgment in its favor and against Defendant as follows:

(a) That Plaintiff is the owner of all right, title, and interest in and to the Mark THE RANCH for use in connection with its services offered under the mark;

(b) That Plaintiff's mark THE RANCH is valid and enforceable;

(c) That Plaintiff's mark THE RANCH is, and has been, infringed by Defendant;

(d) That Defendant's infringement of Plaintiff's mark THE RANCH is willful;

(e) That Defendant pays Plaintiff all damages, statutory or otherwise, suffered as a result of the acts herein alleged;

(f) That Defendant disgorge all profits obtained through the unauthorized use of Plaintiff's mark THE RANCH;

(g) That the damage award be enhanced according to law;

(h) That Plaintiff be awarded attorney's fees and costs;

(i) That Defendant, and its agents, servants, employees, attorneys, and all other persons in active participation with them, be permanently enjoined and

restrained from: (1) using Plaintiff's trademark THE RANCH, THE RANCH AT LAGUNA BEACH, and other forms and variations of Plaintiff's trademark THE RANCH, and any other designations, designs, and indicia which are likely to cause confusion, and other mistake, or deception with respect to Plaintiff's trademark THE RANCH; (2) using the domain name "theranchatlagunabeach.com", or any other domain name incorporating Plaintiff's trademark THE RANCH; and (3) otherwise infringing Plaintiff's rights;

  (j) That all Defendant's domain names incorporating Plaintiff's Mark be transferred to Plaintiff;

  (k) That Defendant notifies all third party providers of internet services to Defendant of the judgment; and

  (l) For other relief that is just and proper under the law.

Respectfully submitted,

Dated: August 12, 2014  **THE HECKER LAW GROUP**

By: /s/ Gary A. Hecker
Gary A. Hecker, Esq.
James M. Slominski, Esq.
**THE HECKER LAW GROUP**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile: (310) 286-0488

Attorneys for Plaintiff
THE RANCH STEAKHOUSE AND SALOON, INC.

## DEMAND FOR TRIAL BY JURY

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial on all issues and causes of action triable to a jury.

Respectfully submitted,

Dated: August 12, 2014

**THE HECKER LAW GROUP**

By: /s/ Gary A. Hecker
Gary A. Hecker, Esq.
James M. Slominski, Esq.
**THE HECKER LAW GROUP**
1925 Century Park East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile: (310) 286-0488

Attorneys for Plaintiff
THE RANCH STEAKHOUSE AND SALOON, INC.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

THE RANCH STEAKHOUSE AND SALOON, INC.

)
)
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. SACV14-01283 CJC (DFMx)
LAGUNA BEACH GOLF AND BUNGALOW VILLAGE, LLC )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LAGUNA BEACH GOLF AND BUNGALOW VILLAGE, LLC
31106 COAST HWY., LAGUNA BEACH
CALIFORNIA 92651

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

GARY A. HECKER
JAMES M. SLOMINSKI
1925 CENTURY PARK EAST, SUITE 2300
LOS ANGELES, CALIFORNIA 90067

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 8-12-14

Lori Wagers
*Signature of Clerk or Deputy Clerk*
LORI WAGERS

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

THE RANCH STEAKHOUSE AND SALOON, INC.

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

LAGUNA BEACH GOLF AND BUNGALOW VILLAGE, LLC

**(b) County of Residence of First Listed Plaintiff** ORANGE COUNTY
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** _____
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

Gary A. Hecker, Esq.; James M. Slominski, Esq.
The Hecker Law Group, PLC, 1925 Century Park East, Suite 2300,
Los Angeles, CA 90067;

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1. U.S. Government Plaintiff
☒ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1. Original Proceeding
☐ 2. Removed from State Court
☐ 3. Remanded from Appellate Court
☐ 4. Reinstated or Reopened
☐ 5. Transferred from Another District (Specify)
☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☐ **MONEY DEMANDED IN COMPLAINT:** $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

15 U.S.C. § 1114; 15 U.S.C. § 1125(a); Violation of the Lanham Act, Unfair Competition, Trademark Infringement

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☒ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | |
| ☐ 895 Freedom of Info. Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | **LABOR** | |
| ☐ 896 Arbitration | ☐ 196 Franchise | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | **REAL PROPERTY** | ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| | ☐ 210 Land Condemnation | | ☐ 445 American with Disabilities-Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 220 Foreclosure | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | ☐ 230 Rent Lease & Ejectment | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:**   Case Number: **SACV14-01283 CJC (DFMx)**

CV-71 (06/14)                            CIVIL COVER SHEET                            Page 1 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? <br> ☐ Yes ☒ No <br><br> If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? <br> ☐ Yes ☒ No <br><br> If "no," skip to Question C. If "yes," answer Question B.1, at right. | **B.1.** Do 50% or more of the defendants who reside in the district reside in Orange Co.? <br><br> *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | **B.2.** Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? <br> ☐ Yes ☒ No <br><br> If "no," skip to Question D. If "yes," answer Question C.1, at right. | **C.1.** Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? <br><br> *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | **C.2.** Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> *check one of the boxes to the right* ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☒ | ☐ | ☐ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☒ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A? <br> ☒ Yes ☐ No <br><br> If "yes," your case will initially be assigned to the <br> SOUTHERN DIVISION. <br> Enter "Southern" in response to Question E, below, and continue from there. <br><br> If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B? <br> ☐ Yes ☒ No <br><br> If "yes," your case will initially be assigned to the <br> EASTERN DIVISION. <br> Enter "Eastern" in response to Question E, below. <br><br> If "no," your case will be assigned to the WESTERN DIVISION. <br> Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | SOUTHERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☒ No |

CV-71 (06/14)      CIVIL COVER SHEET      Page 2 of 3

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES**: Has this action been previously filed **in this court**?   ☒ NO   ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES**: Is this case related (as defined below) to any cases previously filed **in this court**?   ☒ NO   ☐ YES

If yes, list case number(s): _____

Civil cases are related when they:

☐ A. Arise from the same or closely related transactions, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Check all boxes that apply. That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**X. SIGNATURE OF ATTORNEY**
**(OR SELF-REPRESENTED LITIGANT):** /s/ Gary A. Hecker       DATE: August 12, 2014

**Notice to Counsel/Parties:** The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |